[No. 3082–2–III. Division Three. January 8, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR LEE ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for

Spokane County, No. 25989, Harold D. Clarke, J., entered August 21, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.